# THE BARBKNECHT FIRM

*A Professional Corporation*
ATTORNEYS AND COUNSELORS
Atrium at Collin Ridge
500 North Central Expressway, Suite 325
Plano, Texas 75074
Telephone (972) 312-1510
Fax (972) 312-1511
www.TheBFirm.com

March 5, 2008

**VIA REGULAR MAIL
& ECF FILING**
Judge O'Connor
United States District Court
1100 Commerce
Room 1452
Dallas, Texas 75242

Re: Style: *Christopher O'Neal v. American Commercial Security Services, Inc. and ABM Industries Incorporated*
Cause No.: 3:07-CV-01586

Dear Judge O'Connor:

This is a joint letter to advise that at mediation on February 22, 2008, resolution of this case was reached and settlement paperwork is being drafted. It is anticipated that the parties will enter a take nothing judgment, per the mediation agreement, in the near future. We wanted to make the Court aware of the settlement as Plaintiff's have a Motion to Compel on file which is before Magistrate Judge Sanderson.

Respectfully submitted,

Kimberly Munson
State Bar No. 00789613
THE BARBKNECHT FIRM, P.C.
500 North Central Expressway, Suite 325
Plano, Texas 75074
(972) 312-1510 Telephone
(972) 312-1511 Facsimile
kmunson@barbknecht.com
**LOCAL      COUNSEL      FOR      DEFENDANT**

AMERICAN COMMERCIAL SECURITY SERVICES, INC. AND ABM INDUSTRIES INCORPORATED

_____
Shelby L. Bodosky
State Bar No. 24025258
THE DRINNON LAW FIRM, PLLC
1700 Pacific Avenue
Suite 2230
Dallas, Texas 75201
(972) 445-6080 Telephone
(972) 445-6089 Facsimile
shelby@drinnonlaw.com
**ATTORNEYS FOR PLAINTIFF**

cc:

**VIA REGULAR MAIL**
Magistrate Judge Sanderson
United States District Court
1100 Commerce
Room 1407
Dallas, Texas 75242