IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O'NEAL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-1586-O |
| | § | |
| AMERICAN COMMERCIAL | § | |
| SECURITY SERVICES, INC., et al., | § | |
| Defendants. | § | |

**ORDER**

The Court has been advised that the parties have settled this case. *See* Letter (Doc. #21) filed March 5, 2008. The parties are therefore directed to file the necessary dismissal papers with the Clerk's Office within **30 days from the date of this order**.

If a stipulation of dismissal and agreed order are not filed within 30 days from the date of this order and further proceedings become necessary or desirable, the parties' should immediately file a Joint Status Report with this Court.

**SO ORDERED** on this 10th day of **March, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**