```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       APR - 1 2008
CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O'NEAL | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No.: 3:07 - CV - 01586 |
| | § | |
| AMERICAN COMMERCIAL | § | |
| SECURITY SERVICES, INC. AND | § | |
| ABM INDUSTRIES, INC., | § | |
|    Defendants. | § | |

## TAKE NOTHING JUDGMENT

This cause came on to be heard in the regular order, and the Plaintiff and Defendants, AMERICAN COMMERCIAL SECURITY SERVICES, INC. AND ABM INDUSTRIES, INC., appeared through their respective attorneys, waived the Jury and stated to the Court that all claims and causes of action which were or could have been asserted by and between them had been compromised, settled and the consideration therefore paid in full, and that judgment should be entered, that Plaintiff take nothing and that the court costs should be taxed against the party incurring same. Therefore, in accordance with such compromise, settlement, and agreement:

It is, ORDERED, ADJUDGED, AND DECREED that **CHRISTOPHER O'NEAL**, take nothing by reason of this suit, and that Defendants, AMERICAN COMMERCIAL SECURITY SERVICES, INC. AND ABM INDUSTRIES, INC., go hence without day, except as to the payment of the court costs which are taxed against the party incurring same, for which let execution issue if not timely paid.

All relief sought herein which is not expressly granted is denied.

Signed this __1__ day of __April__, 2008

_____
PRESIDING JUDGE

THE DRINNON LAW FIRM, PLLC

By: _____
Stephen W. Drinnon
State Bar No. 00783983
Shelby L. Bobosky
State Bar No. 24025258
1700 Pacific Ave., Suite 2230
Dallas, TX 75201
(972) 445-6080 Telephone
(972) 445-6089 Facsimile

**ATTORNEY FOR PLAINTIFF
CHRISTOPHER O'NEAL**

LAW OFFICE OF ROBERT SCHERRER

By: _____
~~Jeffrey L. Scott, Of Counsel,~~ Robert Scherrer
State Bar No. ~~17900900~~ 17746420
Law Offices of Robert Scherrer
5177 Richmond, Suite 505
Houston, Texas 7706
(713) 328-0003 Telephone
(713) 781-4448 Facsimile
bscherrer@scherrerlaw.org
scott@scottlaw.org

**ATTORNEYS FOR DEFENDANTS
AMERICAN COMMERCIAL SECURITY
SERVICES, INC. AND ABM INDUSTRIES, INC.**

Kimberly J. Munson
State Bar No. 00789613
THE BARBKNECHT FIRM, P.C.
500 North Central Expressway, Suite 325
Plano, Texas 75074
(972) 312-1510 Telephone
(972) 312-1511 Facsimile
kmunson@barbknecht.com

**LOCAL COUNSEL FOR DEFENDANTS
AMERICAN COMMERCIAL SECURITY SERVICES, INC.
AND ABM INDUSTRIES, INC.**